Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
20827 N. Cave Creek Road, Suite 101
Phoenix, AZ 85024

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff James Osuna*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| James Osuna,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Prudential Insurance Company of America, U.S. Airways, Inc., U.S. Airways, Inc. Employee Disability Plan,<br><br>　　　　　Defendants. | Case No.  2:11-cv-02160-GMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NAMED DEFENDANTS** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff moves to voluntarily dismiss, without prejudice, named Defendants U.S. Airways, Inc. and U.S. Airways, Inc. Employee Disability Plan, in the above referenced matter.

　　　　Plaintiff advises the Court that the Complaint in this matter was filed on November 2, 2011.  The U.S. Airways Defendants were not served and they have not Answered or otherwise responded to the complaint.

　　　　RESPECTFULLY REQUESTED this 22nd day of March, 2012.

　　　　　　　　　　*/s/ Scott E. Davis, Esq.*
　　　　　　　　　　Scott E. Davis, Esq.
　　　　　　　　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2012 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Greg S. Como, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
2929 N. Central Ave, Suite 1700
Phoenix, AZ 85012-2761
Telephone (602) 385-1040


By: /s/ Lisa L. Martinez
An employee of Scott E. Davis, P.C.