IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Osuna,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Prudential Insurance Company of America,<br><br>　　　　　　Defendant. | No. CV-11-2160-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulated Motion to Dismiss Case with Prejudice (Doc. 23),

**IT IS ORDERED** dismissing this action with prejudice, each side to bear its own attorneys' fees and costs.

Dated this 16th day of October, 2012.

*A. Murray Snow*
G. Murray Snow
United States District Judge